[No. 22189.   Department One.   June 10, 1930.]

ARTHUR PARSONS, *Respondent,* v. W. F. CLARK *et al., Appellants.*[1]

*Rigg & Brown, Reynolds, Ballinger, Hutson & Boldt,* for appellants.

*McAulay & Freece* and *LeRoy McCann,* for respondent.

PER CURIAM.—This is a companion case to that of *Van Cello v. Clark, ante* p. 321, 289 Pac. 19, the cases being before us upon one statement of facts although two transcripts were filed and the causes in this court docketed separately.

For the reasons assigned in the companion case of *Van Cello v. Clark, supra,* the judgment appealed from is reversed, with directions to grant appellants' motion for a new trial.

[1]Reported in 289 Pac. 22.